1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  JALEN LAWRENCE GREEN,                    | Case No.  1:19-cv-01800-SAB

12              Plaintiff,                   | ORDER GRANTING APPLICATION TO
                                             | PROCEED *IN FORMA PAUPERIS* AND
13         v.                                | DIRECTING CLERK OF COURT TO ISSUE
                                             | SUMMONS
14  COMMISSIONER OF SOCIAL SECURITY,
                                             | (ECF No. 2)
15              Defendant.

16

17       Jalen Lawrence Green filed a complaint on December 27, 2019, along with an application

18  to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19  entitlement to proceed without prepayment of fees.

20       Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this

21  action, which directs that the summons and complaint shall be served **within 20 days of the**

22  **filing of the complaint.**  Plaintiff shall promptly file proof of service with the Court upon

23  completion of service.

24       Accordingly, IT IS HEREBY ORDERED THAT:

25       1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

26       2.      The Clerk of Court is DIRECTED to issue a summons; and

27       / / /

28       / / /

1

1    3.    The United States Marshal is DIRECTED to serve a copy of the complaint,

2          summons, and this order upon the defendant if requested by the plaintiff.

3

4    IT IS SO ORDERED.

5    Dated:   **January 2, 2020**

     _____
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28